U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 1 5 2012
CLERK, U.S. DISTRICT COURT
By_____
Deputy

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
*Wichita Falls Division*

Donald Henry & Lisa Nell Henry as Guardians
_____
Plaintiff

v.

North Texas State Hospital, et al.
_____
Defendant

7:12-cv-198-O
_____
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Plaintiffs

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

Donald Henry
Lisa Nell Henry
B.M. (an adult ward)
State of Texas
North Texas State Hospital
Jordan Long
Lanell Edmonds
Sarah Carmichael

| | |
|---|---|
| Date: | November 15, 2012 |
| Signature: | |
| Print Name: | Rickey G. Bunch |
| Bar Number: | 00792381 |
| Address: | 2110 Hiawatha |
| City, State, Zip: | Wichita Falls, Tx. |
| Telephone: | 940-322-6611 |
| Fax: | 212-954-5533 |
| E-Mail: | rickbunch@sw.rr.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons